**Order entered June 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01196-CR

**MICHAEL POLLARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-60037-V**

## ORDER

Appellant's June 1, 2016 second motion for extension of time to file appellant's brief is

**GRANTED**. Appellant's brief received by the Clerk of the Court on June 1, 2016 is **DEEMED**

timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.


/s/     LANA MYERS
         JUSTICE